**IT IS ORDERED as set forth below:**

**Date: March 18, 2016**

_____
**Wendy L. Hagenau
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| THE FESTIVITY GROUP, INC., | : | CASE NO. 16-51054-WLH |
| | : | |
| Debtor. | : | |
| | : | |

**ORDER AND NOTICE REGARDING TRUSTEE'S MOTION FOR AUTHORITY TO SELL PERSONAL PROPERTY AT PRIVATE SALE FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES AND REQUEST FOR EXPEDITED HEARING**

On March 17, 2016, William J. Layng, Jr., as Chapter 7 Trustee ("Trustee") for the bankruptcy estate of The Festivity Group, Inc. ("Debtor") filed *Trustee's Motion for Authority to Sell Personal Property at Private Sale Free and Clear of Liens, Claims, and Encumbrances and Request for Expedited Hearing* [Doc. No. 46] (the "Motion"). In the Motion, Trustee, *inter alia*, requests authority to sell various Display Items and Store Equipment[1] free and clear of all liens, claims, and encumbrances with all valid liens, claims, and encumbrances attaching to the resulting sales proceeds with the same extent, validity, and priority that they had in the Display Items and Store Equipment. Trustee also requests that the Court hold a hearing on the Motion on an expedited basis.

---

[1] Capitalized terms not defined in this Order and Notice shall have the meanings ascribed to them in the Motion [Doc. No. 46].

8510337v1

The Court having reviewed the Motion, and for good cause shown, it is hereby

**ORDERED and NOTICE IS HEREBY GIVEN** as follows:

1.  The Court will hold a **hearing** on the Motion on **March 24, 2016 at 1:00 p.m.** in **Courtroom 1403, United States Bankruptcy Court, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303** (the "Hearing").

2.  Your rights may be affected by the Court's ruling on the Motion. You should read the Motion carefully and discuss it with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your views, then you and/or your attorney must attend the Hearing. You may also file a written response to the Motion with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the Hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303. You must also mail or email a copy of your response to counsel for Trustee: Michael J. Bargar, Arnall Golden Gregory LLP, 171 17th Street, NW, Suite 2100, Atlanta, Georgia 30363 or electronic mail at michael.bargar@agg.com.

3.  The Motion is on file with the Office of the Clerk, United States Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303, and can be reviewed during normal business hours. Alternatively, a copy of the Motion can be obtained: (i) via download from the Bankruptcy Court's website at www.ganb.uscourts.gov for registered users of the PACER and/or CM/ECF systems; or (ii) by written request to Trustee's counsel (a) faxed to Michael J. Bargar at (404) 873-7031, (b) mailed to Michael J. Bargar at Arnall Golden Gregory LLP, 171 17th Street, NW, Suite 2100, Atlanta, Georgia 30363, or (c) sent via email to pamela.bicknell@agg.com.

Counsel for Trustee is hereby directed to cause a copy of this Order and Notice to be served by email, facsimile, or overnight mail on the Office of the United States Trustee, Trustee, Debtor, Debtor's counsel, secured creditors, and those entities who have filed requests for notice in Debtor's bankruptcy case. Counsel for Trustee is also hereby directed to cause a copy of this Order and Notice to be served by first class United States Mail on all those entities set forth on the creditor matrix for Debtor's bankruptcy case maintained by the Clerk of Court for the United States Bankruptcy Court, Northern District of Georgia.

**[END OF DOCUMENT]**

8510337v1

Order and notice prepared and presented by:

ARNALL GOLDEN GREGORY, LLP
*Attorneys for Chapter 7 Trustee*

By:*/s/ Michael J. Bargar*
    Michael J. Bargar
    Georgia Bar No. 645709
    michael.bargar@agg.com
171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363
(404) 873-7030

**Identification of parties to be served:**

Michael J. Bargar
Arnall Golden Gregory LLP
171 17th Street, NW, Suite 2100
Atlanta, GA 30363

8510337v1